UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61035-CIV-MARRA

EDWARD CALLEGARI,

      Movant,
vs.

UNITED STATES OF AMERICA,

      Respondent.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Report of the Magistrate Judge, filed June 30, 2010. (DE 5). The Court has reviewed the record *de novo*, considering the "Petition for Redress of Grievances under the United States Constitution," the Report of the Magistrate Judge, and the entire record. For the reasons stated in Magistrate Judge White's Report, and upon independent review, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report (DE 5) is hereby **ADOPTED**.

2. Because Movant is seeking relief under 28 U.S.C. §2255, which he has previously filed in case no. 06-60928-civ-Marra, the petition is successive. Therefore, if Movant intends to pursue this case, he must first apply to the United States Eleventh Circuit Court of Appeals for the authorization required by 28 U.S.C. § 2244(b)(3)(A).

3. The Petition is hereby **DISMISSED**. The clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of July, 2010.

                                                  _____
                                                  KENNETH A. MARRA
                                                  United States District Judge

Copies to:

Magistrate Judge Patrick A. White
Edward Callegari, *pro se*
all counsel of record